1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6

7

STEPHEN BUSHANSKY, derivatively on
behalf of ATHIRA PHARMA, INC.,

                Plaintiff,

   v.

8

9

LEEN KAWAS; KELLY A. ROMANO;
JOSEPH EDELMAN; JOHN M. FLUKE,
JR.; JAMES A. JOHNSON; BARBARA
KOSACZ; and MARK LITTON,

C22-497 TSZ

MINUTE ORDER

10

                Defendants,
    and

11

ATHIRA PHARMA, INC.,

12

                Nominal Defendant.

13

THOMAS HOULIHAN, derivatively on
behalf of ATHIRA PHARMA, INC.,

14

                Plaintiff,

   v.

15

16

17

LEEN H. KAWAS; KELLY A. ROMANO;
JOSEPH EDELMAN; JOHN M. FLUKE,
JR.; JAMES A. JOHNSON; BARBARA
KOSACZ; MARK LITTON; and KEVIN
CHURCH,

C22-620 TSZ

18

                Defendants,
  and

19

ATHIRA PHARMA, INC.,

                Nominal Defendant.

20

21

    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

22

23

    (1)    The parties' stipulated motion to consolidate, docket no. 15 in C22-497 and
docket no. 11 in C22-620, is GRANTED.  Case Nos. C22-497 TSZ and C22-620 TSZ are

hereby CONSOLIDATED for all purposes.  All future pleadings, motions, briefs, and other papers shall bear the captions of both cases, which may be abbreviated by using "et al.," but shall be filed only in Case No. C22-497 TSZ.  The Clerk is DIRECTED to CLOSE Case No. C22-620 TSZ.

(2)     If defendants are served with summons and a complaint in any related shareholder derivative action, or if they receive a demand for the inspection of books or records of Athira Pharma, Inc. or a shareholder demand to pursue litigation, they shall notify promptly plaintiffs.

(3)     The parties and attorneys in these consolidated matters shall bring to the Court's attention any actions in this District of which they become aware that might be related to these cases and/or to _Wang v. Athira Pharma, Inc._, C21-861 TSZ.

(4)     Defendants shall use their best efforts to include plaintiffs in settlement negotiations or a mediation in any related shareholder derivative action and/or involving the parties in _Wang v. Athira Pharma, Inc._, C21-861 TSZ.

(5)     Pursuant to the parties' stipulation, these consolidated cases are STAYED until further order of the Court.

(6)     Within thirty (30) days after the stay is lifted, counsel shall meet and confer and file a Joint Status Report in the form specified in Local Civil Rule 16(a)(2) (citing Fed. R. Civ. P. 26(f)(3) and LCR 26(f)).

(7)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of May, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2